UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARIA BARNES,

    Plaintiff,

 v.

SEA MAR COMMUNITY HEALTH CENTERS,

    Defendant.

Case No. C22-0181RSL-TLF

ORDER OF REMAND

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) plaintiff's motion to remand (Dkt. 10) is GRANTED;

(3) defendant's motion requesting hearing and judicial determination (Dkt. 21) is DENIED;

(4) defendant's motion to stay (Dkt. 27) is DENIED;

(5) plaintiff's claims are remanded to the Superior Court for the State of Washington in and for King County; and

ORDER OF REMAND - 1

(6) the Clerk is directed to mail a certified copy of this Order to the Clerk of the Superior Court for the State of Washington in and for King County.

Dated this 16th day of May, 2022.

Robert S. Lasnik
United States District Judge

ORDER OF REMAND - 2